UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DUSTIN MARTIN KIRK, and<br>SIOUXLAND LUMBER &<br>MATERIALS, LLC,<br><br>　　　　　Defendants. | CR 19-10012<br><br>GOVERNMENT'S MOTION FOR<br>CONTINUANCE OF JURY TRIAL |

　　　　The United States of America, by and through Assistant United States Attorney Jeremy Jehangiri, requests and moves this Court for a continuance of the jury trial in the above-referenced matter.

　　　　1.　　Defendants Dustin Martin Kirk and Siouxland Lumber & Materials, LLC were charged by Indictment, filed March 5, 2019, charging them with Embezzlement and Theft from an Indian Tribal Organization.

　　　　2.　　The jury trial for the remaining counts for Dustin Martin Kirk is currently set for September 24, 2019.   (Doc 37).

　　　　3.　　The jury trial for Siouxland Lumber & Materials, LLC is currently set for November 5, 2019.   (Doc 46).

　　　　4.　　The sentencing hearing for Defendant Kirk regarding Count 1 of the Indictment is currently scheduled for May 11, 2020.   (Doc 58).

　　　　5.　　Pursuant to the plea agreement, a motion to dismiss the remaining counts of the Indictment relating to Defendants Dustin Kirk and Siouxland

Lumber and Materials, LLC will be made after Defendant Dustin Kirk is sentenced on May 11, 2020.

6.  AUSA Jehangiri has visited with counsel for the Defendant and neither he nor his client object to a continuance.

Therefore, based upon the foregoing, the United States hereby requests a continuance of the pending counts in the above-entitled matter to a date after May 11, 2020.

Dated and electronically filed this 25th day of September, 2019.

RONALD A. PARSONS, JR.
United States Attorney

_____/s/ JEREMY JEHANGIRI_____
Jeremy Jehangiri
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: jeremy.jehangiri@usdoj.gov